# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street• Suite 2727 • New York, NY 10165 • T: 212.792-0046
E: jason@levinepstein.com

February 18, 2022

**Via ECF**
The Honorable Mary Kay Vyskocil, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:  *Combs et al v. Same Day Delivery Inc. et al*
**Case No.: 1:22-cv-00520-MKV**

Dear Honorable Judge Vyskocil:

This law firm represents Plaintiffs Edward Combs, Janiqua Mayo, Martin Sierra, Dereshon Weaver-Moore, William Pertha, Wayne Reed, and Erhauyi Omoregie (collectively, the "Plaintiffs") in the above-referenced matter. This letter is submitted jointly with Defendants Same Day Delivery Inc., Scott Weinstein and Bene Ewerton (collectively, the "Defendants").

Pursuant to of Your Honor's Individual Motion Practice Rule 2(G) and 4(B), this letter respectfully serves as a request to stay the instant action, and stay all existing deadlines, *sine die*, pending the outcome of an anticipated arbitration.

The parties have discussed, and agreed, to resolve the instant wage-and-hour action in arbitration. In the unlikely scenario that the arbitration tribunal will not agree to hear the parties' dispute, or should the parties require this Court's intervention, the parties' respectfully request that the civil case be held in abeyance, pending the outcome of the arbitration.

In light of the foregoing, the parties respectfully request that the Court stay the instant action, and stay all existing deadlines, *sine die*, pending the outcome of an anticipated arbitration.

Thank you, in advance, for your time and attention.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

Cc: All Counsel of Record (via ECF)