UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Edward Combs, Janiqua Mayo, Martin Sierra,                    Index No.: 1:22-cv-00520
Dreshon Weaver-Moore, and William Pertha *on*
*behalf of themselves and others similarly situated*           **STIPULATION AND**
*in the proposed FLSA Collective Action,*                      **[PROPOSED] ORDER**

                                            *Plaintiffs*,

              *-against-*

Same Day Delivery Inc., Scott Weinstein, and
Bene Ewerton,
                                            *Defendants*.
-------------------------------------------------------------------X

**WHEREAS**, on January 19, 2022 Plaintiffs Edward Combs, Janiqua Mayo, Martin Sierra,

Dereshon Weaver-Moore, William Pertha, Wayne Reed, and Erhauyi Omoregie (collectively, the

"Plaintiffs") filed a Complaint, against Defendants Same Day Delivery Inc., Scott Weinstein, and

Bene Ewerton (collectively, the "Defendants") alleging violations of the Fair Labor Standards Act

("FLSA") and the New York Labor Law ("NYLL") (the "Action");

**WHEREAS**, Plaintiffs have executed certain arbitration agreements (the "Arbitration

Agreements");

**WHEREAS**, the Arbitration Agreements stipulate, among other things, that:

> "Employee agrees that any controversy, claim, or dispute that
> Employee has arising out of or relating to Employee's employment
> and/or separation of employment shall be adjudicated exclusively
> by binding Arbitration. The Arbitration will be administered by
> ADR Systems of America, L.L.C. ('ADR')."

**WHEREAS**, the Parties have agreed to refer all claims to arbitration and dismiss the

Action without prejudice;

**NOW, THEREFORE**, it is hereby stipulated by and between the undersigned, attorneys

for the Parties herein, that:

1.      The Parties hereby stipulate and agree to submit the entire Action to a final and binding arbitration before the ADR Systems of America, L.L.C. ("ADR");

2.      For purposes of tolling and statutes of limitation, the Parties hereby stipulate and agree that all claims are to be considered filed against Defendants on January 20, 2022; and

3.      Upon the filing of this Stipulation and Order, Plaintiffs' claims against the Defendant in this Action shall be dismissed without prejudice.

4.      This Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.


Dated:   New York, New York
         April 12, 2022


**LEVIN-EPSTEIN & ASSOCIATES, P.C.**      **MILMAN LABUDA LAW GROUP PLLC**


By: */s/ Jason Mizrahi*                          By: */s/ Matthew A. Brown*
    Jason Mizrahi, Esq.                              Matthew A. Brown, Esq.
    60 East 42nd Street, Suite 4700                  3000 Marcus Avenue
    New York, New York 10165                         Lake Success, NY 11042
    Tel. No.:  (212) 792-0048                        Tel. No.:  (516) 328-8899
    Email: Jason@levinepstein.com                    Email: matt@mllaborlaw.com
    *Attorneys for Plaintiffs*                        *Attorneys for Defendants*



**SO ORDERED:**      _____
                     MARY KAY VYSKOCIL
                     United States District Judge

**Dated:**          _____