USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022

# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

December 7, 2022

**Via ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **RE:** **Combs et al. v. Same Day Delivery Inc. et al.**
              **Case No.: 22-cv-520 (MKV)**

Dear Judge Viskocil:

      This firm represents Defendants in the above-referenced matter.

      This letter shall serve as Defendants' request for a 1-week extension to file their opposition to Plaintiffs' Motion to Vacate an Arbitration Award from December 14, 2022 to December 21, 2022. Defendants have not previously requested an adjournment of this deadline. The basis for the request is due to a recent backlog in the undersigned's caseload. The backlog has been exacerbated because my wife is in her third trimester of a high-risk pregnancy, which has required me to take on increased childcare responsibilities for our toddler. Plaintiffs consent to the request.

      Thank you for your attention to this matter.

                                              Respectfully submitted,

cc:    All Counsel of Record (via e-mail)      /s/ Matthew A. Brown, Esq.

**Granted. SO ORDERED.**

Date: 12/13/2022              /s/ Mary Kay Vyskocil
New York, New York          Mary Kay Vyskocil
                                          United States District Judge